IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use of GOFF ELECTRIC, INC., and GOFF ELECTRIC, INC., | * * * * | |
| Plaintiffs, | * * | |
| | * | CV 123-005 |
| v. | * * | |
| THE DEFCOMM GROUP, LLC; REUBEN MARK WARD; UNAMI, LLC; and ARGONAUT INSURANCE COMPANY, | * * * * | |
| Defendants. | * * | |

O R D E R

Before the Court is Plaintiffs' notice of voluntary dismissal. (Doc. 6.) Plaintiffs move to voluntary dismiss with prejudice the action as against Defendants UNAMI, LLC, and Argonaut Insurance Company. (Id. at 1.) Plaintiffs filed the notice prior to either defendant having served an answer or a motion for summary judgment. Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1]

The Court hereby **DISMISSES WITH PREJUDICE** this matter as to Defendants UNAMI, LLC and Argonaut Insurance Company. The Clerk is **DIRECTED** to **TERMINATE** UNAMI, LLC and Argonaut Insurance Company

---

[1] Dismissal against less than all parties is permissible under Rule 41. See Jackson v. Equifax Info. Servs., LLC, No. CV 119-096, 2020 WL 476698, at *1-2 (S.D. Ga. Jan. 29, 2020).

as parties to this case. Plaintiffs and Defendants UNAMI, LLC and Argonaut Insurance Company shall bear their own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this ___13th___ day of February, 2023.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```